**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MOHAMMED AHMAD ABDALLAH | : | |
| AL ANSI, *et al.*, | : | |
| | : | |
| Petitioners, | : | |
| | : | |
| v. | : | Civil Action No. 08-1923 (GK) |
| | : | |
| BARACK OBAMA, *et al.*, | : | |
| | : | |
| Respondents. | : | |

## ORDER

Respondents have filed a Motion to Vacate the Court's December 29, 2008, Order Requiring Notice Prior to Transfer. Given that no Opposition has been filed, and given the decision of our Court of Appeals in Kiyemba v. Obama, 561 F.3d 509 (D.C. Cir. 2009) ("Kiyemba II), cert. denied, 130 S.Ct. 1880 (2010), it is this 31st day of August, 2011, hereby

**ORDERED**, that the Motion is **granted**.

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**